MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
  natalie.winslow@akerman.com

*Attorneys for Defendant Nationstar Mortgage LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| C. NICHOLAS PEREOS aka COSTA N. PEREOS,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, CHARTER FUNDING and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and DOES 2 through 10,<br><br>Defendants. | Case No.: 3:13-cv-00386-MMD-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff C. Nicholas Pereos aka Costa N. Pereos and Defendant Nationstar Mortgage LLC by and through the undersigned counsel, hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rule Of Civil Procedure.

...

...

...

...

{40975323;1}

Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

DATED _MARCH 16_, 2017

| C. NICHOLAS PEREOS, LTD. | AKERMAN LLP |
|---|---|
| /s/ *signature* | /s/ *signature* |
| C. NICHOLAS PEREOS<br>Nevada Bar No. 13<br>1610 Meadow Wood Lane, Suite 202<br>Reno, Nevada 89502<br>Telephone:   (702) 853-5490<br>Facsimile:    (702) 227-1975<br><br>*Pro Se Plaintiff* | MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>AKERMAN LLP<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>Telephone:   (702) 634-5000<br>Facsimile:    (702) 380-8572<br><br>*Attorneys for Defendant Nationstar Mortgage LLC* |

**ORDER**

IT IS SO ORDERED:

/s/ *signature*
UNITED STATES DISTRICT COURT JUDGE

March 16, 2017
DATED

{40975323;1}

2